

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-19-00454-CV

**DAVIS LAW FIRM**,
Appellant

v.

Sara **UDELL** and **APOLLO MANAGING GENERAL AGENCY**,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2017CV06581
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: September 25, 2019

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). We order all costs assessed against appellant. *See id.* R. 42.1(d) (absent agreement of parties, costs are taxed against appellant).

PER CURIAM